UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
DAVID DE LA CRUZ,

                Plaintiff,

      v.

KILOLO KIJAKAZI,[1]
Acting Commissioner of Social Security,

                Defendant.
------------------------------x

**STIPULATION AND ORDER**

21 Civ. 3175 (JGK)

IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the defendant and the plaintiff, that the Commissioner's decision is reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. The Clerk is directed to enter judgment. *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

Dated: New York, New York
       September __, 2021

THE LEGAL AID SOCIETY

By: _____
VIOLETA ARCINIEGA, ESQ.
111 Livingston Street
Brooklyn, NY 11201
Tel.: 312.485.7117
Email: varciniega@legal-aid.org

Dated: New York, New York
       September 15, 2021

AUDREY STRAUSS
United States Attorney for the
Southern District of New York
Attorney for the Defendant

By: _____
JOSEPH A. PANTOJA
Assistant United States Attorney
86 Chambers Street, 3rd floor
New York, New York 10007
Tel.: 212.637.2785
Email: joseph.pantoja@usdoj.gov

SO ORDERED:

_____
JOHN G. KOELTL
United States District Judge  9/23/21

---

[1] Kilolo Kijakazi became Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25 of the Federal Rules of Civil Procedure, Kilolo Kijakazi is substituted as Defendant in this action.