UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DAVID DE LA CRUZ

                    Plaintiff,                      21 **CIVIL** 3175 (JGK)

        -v-                                   **JUDGMENT**

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

                   Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Stipulation and Order dated September 23, 2021, That the Commissioner's decision is reversed and that that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:**  New York, New York
           September 23, 2021

                                                        **RUBY J. KRAJICK**
                                                        **Clerk of Court**
                               **BY:**
                                                         **Deputy Clerk**